# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**WHITLEY OUSLEY**  **PLAINTIFF**
ADC #713051

v. Case No. 1:17-cv-00086 KGB/JTR

**WENDY KELLEY,** *et al.*  **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 8). Plaintiff Whitley Ousley filed timely objections to the Recommended Disposition (Dkt. No. 9). After a review of the Recommended Disposition and Ms. Ousley's objections, as well as a *de novo* review of the record, the Court adopts the Recommended Disposition in its entirety (Dkt. No. 8). The Court therefore dismisses without prejudice Ms. Ousley's substituted complaint for failing to state a claim upon which relief may be granted (Dkt. No. 7). The Court finds that this dismissal shall count as a "strike" pursuant to 28 U.S.C. § 1915(g). The Court also certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be in good faith.

It is so ordered this 29th day of October, 2018.

Kristine G. Baker
United States District Judge