IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**WHITLEY OUSLEY**   **PLAINTIFF**
**ADC #713051**

v.   Case No. 1:17-cv-00086 KGB/JTR

**WENDY KELLEY,** *et al.*   **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Whitley Ousley's claims against defendants are dismissed without prejudice (Dkt. No. 7).

So adjudged this the 29th day of October, 2018.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge